

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     Jong W. Kim and Susan Kim v. Jin Ahn

Appellate case number:   01-11-00231-CV

Trial court case number: 0636177

Trial court:             80th District Court of Harris County

Jin Ahn's motion for rehearing is **denied**.


It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.


Date: January 11, 2013